Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  17−15557−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven D Caldwell
   3507 Arborwood
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−7778

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/1/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 1, 2018
JAN: bc

                                      Jeanne Naughton
                                      Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                                Case No. 17-15557-ABA
Steven D Caldwell                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin               Page 1 of 2               Date Rcvd: Mar 01, 2018
                              Form ID: 148              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db             +Steven D Caldwell,    3507 Arborwood,     Lindenwold, NJ 08021-1840
516714872      +AMCOL Systems, Inc.,    Amcol Systems, Inc.,     Po Box 21625,    Columbia, SC 29221-1625
516714873      +Aspire Cardholder Services,    Po Box 105555,     Atlanta, GA 30348-5555
516714877      +J&J Auto Sales,    310 White Horse Pike,    Clementon, NJ 08021-4345
516714879      +KML Law Group, PC,    216 Haddon Ave, Ste 406,     Collingswood, NJ 08108-2812
516952143      +LEGACY VISA,    WILLIAMSON AND BROWN,LLC,     4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
516714880      +Laboratory Corporation of America,     PO Box 2240,    Burlington, NC 27216-2240
516865735      +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
516714884      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City, OK 73126-0648
516714886      +Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
516714888      +Remex,    307 Wall St,    Princeton, NJ 08540-1515
516714889      +RowanSOM Faculty Practice Plan,     PO Box 635,    Bellmawr, NJ 08099-0635
516714891      +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
516714892      +Virtua Health System,    PO Box 8500-8267,     Philadelphia, PA 19178-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2018 23:52:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2018 23:52:15      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516714874      +EDI: CAPITALONE.COM Mar 02 2018 04:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
516714875      +EDI: RCSFNBMARIN.COM Mar 02 2018 04:08:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
516714876      +EDI: BLUESTEM Mar 02 2018 04:08:00      Fingerhut,    6250 Ridgewood Rd,
                 St Cloud, MN 56303-0820
516933970       EDI: JEFFERSONCAP.COM Mar 02 2018 04:08:00      Jefferson Capital Systems LLC,     Po Box 7999,
                 Saint Cloud Mn 56302-9617
516714878       EDI: JEFFERSONCAP.COM Mar 02 2018 04:08:00      Jefferson Capital Systems, LLC,     16 Mcleland Rd,
                 Saint Cloud, MN 56303
516902105      +EDI: MID8.COM Mar 02 2018 04:08:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516714881      +EDI: MID8.COM Mar 02 2018 04:08:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
516714885      +E-mail/PDF: bankruptcy@ncfsi.com Mar 01 2018 23:58:21      New Century Financial Service,
                 110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
516949766       EDI: PRA.COM Mar 02 2018 04:08:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516714882*     +Midland Funding,    Attn: Bankruptcy,     Po Box 939069,    San Diego, CA 92193-9069
516714883*     +Midland Funding,    Attn: Bankruptcy,     Po Box 939069,    San Diego, CA 92193-9069
516714887*     +Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
516714890*     +RowanSOM Faculty Practice Plan,     PO Box 635,    Bellmawr, NJ 08099-0635
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 01, 2018
                              Form ID: 148             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Steven D Caldwell ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```